UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Henry Davis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2264 (GK) |
| ) | |
| Department of Youth Rehabilitation ) | |
| Services, et al., ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Andrew T. Wise, Bar No. 456865, on behalf of the defendant, Pili Robinson.

Respectfully submitted,

*/s/ Andrew T. Wise*

Andrew T. Wise, #456-865
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Phone: (202) 626-5800
Fax: (202) 626-5801
Attorney for Pili Robinson

672718.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was mailed, first class, postage prepaid, this 19th day of January, 2007, upon each of the parties listed below:

Henry Davis
8001 Boundry Drive
Forestville, MD 20747

Leah Brownlee Taylor, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

_____
Andrew T. Wise

672718.1