UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY DAVIS,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-2264 (GK) |
| **DEPARTMENT OF YOUTH REHABILITATION SERVICES, et al.,** | : |
| **Defendants.** | : |

**O R D E R**

This matter is now before the Court upon two motions to dismiss. On January 19, 2007, Defendants Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, D.J. Thomas, Dexter Dunbar, and Cathy Ohler filed a Motion to Dismiss [Dkt. No. 5] ("First Motion to Dismiss"). On January 26, 2007, Defendant Pili Robinson filed a Motion to Dismiss [Dkt. No. 7] ("Second Motion to Dismiss"). Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the First Motion to Dismiss [Dkt. No. 5] no later than **March 1, 2007**; and it is further

**ORDERED** that Plaintiff respond to the Second Motion to Dismiss [Dkt. No. 7] no later than **March 15, 2007**.

If Plaintiff fails to respond, or to request additional time in which to respond, the Court will treat these motions as granted and dismiss Plaintiff's Complaint.

Date: 1/31/07

/s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF and

HENRY DAVIS
8001 Boundry Drive
Forestville, MD 20747