UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
HENRY DAVIS,                    )
                                )
        Plaintiff,              )
                                )
     v.                         )    Civil Action No. 06-2264 (GK)
                                )
DEPARTMENT OF YOUTH             )
REHABILITATION SERVICES,        )
          et al.                )
                                )
        Defendants.             )
_____)
```

**O R D E R**

An Initial Scheduling Conference was held in this case on February 7, 2007. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that further briefing on the two pending Motions to Dismiss [Dkt. No. 5, Dkt. No. 7] in this case will be **stayed** so that Plaintiff may continue his efforts to retain counsel to represent him; and it is further

**ORDERED** that **no later than February 28, 2007,** Plaintiff shall file a Notice informing the Court whether he has retained counsel. If he has retained counsel, all deadlines will remain stayed and the Court will set a date for a continued Scheduling Conference. If Plaintiff informs the Court that he intends to proceed pro se, he shall also inform the Court whether his Opposition, filed on January 31, 2007, responds to Defendant Robinson's Motion to

Dismiss [Dkt. No. 7].  If it does, Defendant Robinson's Reply is due **no later than 5 days** after Plaintiff files his Notice.  If not, Plaintiff's Opposition to Defendant Robinson's Motion is due **no later than March 15, 2007** and Defendant's Reply is due **no later than March 22, 2007**.  If Plaintiff intends to proceed pro se, the Government and individual Defendants shall file a Reply **no later than 5 days** after Plaintiff files his Notice.

|  |  |
|---|---|
| February 7, 2007 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to**: **attorneys on record via ECF and**

**HENRY DAVIS**
8001 Boundry Drive
Forestville, MD 20747