UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIKA WILSON-GREENE,<br>17007 Village Drive West<br>Upper Marlboro, Maryland 20772 | C.A. No.: 06-2262 (RJL) |
| Linda Cruz-Packer<br>4800 Megan Drive<br>Clinton, Maryland 20735 | C.A. No.: 06-2263 (RWR) |
| Henry Davis<br>8001 Boundary Drive<br>Forestville, Maryland 20747 | C.A. No.: 06-2264 (GK) |
| Plaintiffs. | |
| v. | |
| Department of Youth Rehabilitation<br>Services, *et al* | |
| Defendants. | |

## PLAINTIFFS' LETTER PROPOSING MEDIATION
### February 7, 2007

We the above referenced Plaintiffs in the respective civil actions listed, would like to try in good faith, the process of working out our disagreements and differences by utilizing the court mediation process to resolve the matters at hand. A successful mediation will eliminate the need for costly discovery and provide for timely solutions in all matters for everyone. In addition, local rules require settlement negotiations.

We have spoken with Nancy Stanley (202-216-7350) in the District Court Mediation Office and she is willing to schedule mediations should you be willing to participate. If you agree to participate in the mediation process, we will petition the Judge(s) to consolidate our cases and appoint one attorney for mediation purposes only. In accordance with Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 we will need your decision no later than February 15, 2007.

We sincerely hope that this matter can be resolved expeditiously to avoid the lengthy court involvement to come. If you choose the option of mediation, please contact *either* of us or *all* of us.

Respectfully submitted,

Dated:   February 6, 2007

By: *(signature)*
Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, Maryland 20772
301-574-1434
202-580-2618

By: *(signature)*
Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735
301-234-0097
240-602-4579

By: *(signature)*
Henry Davis
8001 Boundary Drive
Forestville, Maryland 20747
240-398-1664

2

### CERTIFICATE PURSUANT TO RULE 5 (e) and 5 (i)

I hereby certify that I sent a copy of this Letter Proposing Mediation to chambers.

*Linda Cruz-Packer*
Linda Cruz-Packer

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Letter Proposing Mediation was mailed first, class, postage pre-paid, this 7th day of February, 2007 to:

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

*Linda Cruz-Packer*
Linda Cruz-Packer