UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY DAVIS<br>8001 Boundary Drive<br>Forestville, Maryland 20747<br><br>Plaintiff<br><br>v.<br><br>Department of Youth<br>Rehabilitation Services<br>et al<br>Youth Services Center<br>1000 Mt. Olivet Road, N.E.<br>Washington, D.C. 20002 | Civil Action No: 06-2264 (GK) |

### Plaintiff's Motion filed in Response to Judge Gladys Kessler's Order Dated February 7, 2007

The Plaintiff, Henry C. Davis, hereby informs this court that he intends to proceed **pro se.** In addition, the Plaintiff's opposition filed on January 21, 2007, **does not** respond to Defendant Robinson's Motion to Dismiss (Dkt. No. 71.) The Plaintiff will respond to Defendant Robinson's Motion to Dismiss no later than March 15, 2007.

**Dated: February 27, 2007**

Respectfully submitted

Henry C. Davis
8001 Boundary Drive
Forestville, MD 20747

RECEIVED
FEB 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that a copy of Plaintiff's Response to Judge Kessler's Order dated February 7th, 2007, was mailed postage pre-paid on this 28th day of February, 2007 to all defendants and or their counsels.

Henry C. Davis

Andrew T. Wise
Miller & Chevalier CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701


Leah Brownlee Taylor, Esq.
Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001