UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY DAVIS ) <br> 8001 Boundary Drive ) <br> Forestville, Maryland 20747 ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **Department of Youth** ) <br> **Rehabilitation Services** ) <br> **et al** ) <br> Youth Services Center ) <br> 1000 Mt. Olivet Road, N.E. ) <br> Washington, D.C. 20002 ) <br> ) | Civil Action No: 06-2264 (6 K) |

### Plaintiff's Motion to Dismiss complaint

In accordance with Federal Rules of Civil Procedure Rule 41(a) (2) the Plaintiff, Henry C. Davis, respectfully submits this motion to dismiss without prejudice, the above captioned matter with respect to those defendants who have answered this complaint. This request is made due to an ongoing investigation by the U.S. Equal Employment Opportunity Commission (EEOC) in Baltimore, Maryland. (See attached EEOC charges)

**Dated: February 27, 2007**            Respectfully submitted



Henry C. Davis
8001 Boundary Drive
Forestville, MD 20747

**RECEIVED**

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Certificate of Service**

I hereby certify that a copy of Plaintiff's Request for Motion to Dismiss Complaint was mailed postage pre-paid on this 28th day of February, 2007 to all defendants and or their counsels.

Henry C. Davis

Andrew T. Wise
Miller & Chevalier CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701


Leah Brownlee Taylor, Esq.
Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 570-2007-00364 |

**Maryland Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Henry C. Davis | (301) 499-4121 | 02-01-1961 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8001 Boundary Dr., Forestville, MD 20747 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DC DEPT. OF YOUTH & REHAB SRVCS. | Unknown | (340) 456-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3201 Oak Hill Dr., Laurel, MD 20724 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest: 11-03-2006  Latest: 11-03-2006<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. I began my employment with the above named Respondent in March 1998, as a Correctional Officer. I was an outstanding performer with no documented areas of concern. In approximately March of 2006, I requested a transfer to another facility, as an accommodation for a medical condition, but my request was refused. Shortly thereafter, I was given a written performance warning in May 2006. In June 2006, I responded to the formal "Notice of Admonition" I had received, stating I believed my write up was retaliatory. On October 19, 2006, I was given noticed that I was being discharged. I am presently 47 years of age, and nine other similarly situated employees, were also let go.

II. Respondent provided no formal reason for my discharge.

III. I believe I was discriminated against because of my age, in violation of the Age Discrimination in Employment Act, and retaliation, in violation of the Americans with Disability Act (ADA), as to discharge.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2-18-07

*Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*