UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
HENRY DAVIS,                   )
                               )
        Plaintiff,             )
                               )
   v.                          )   Civil Action No. 06-2264 (GK)
                               )
DEPARTMENT OF YOUTH            )
REHABILITATION SERVICES,       )
           et al.              )
                               )
        Defendants.            )
_____)
```

**O R D E R**

Plaintiff has filed a Motion to Dismiss the Complaint in this matter pursuant to Fed. R. Civ. P. 41(a)(2). No opposition has been filed. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Dismiss the Complaint [Dkt. No. 13] is hereby **granted** and the Complaint is **dismissed**.[1]

March 21, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to**: **attorneys on record via ECF and**

**HENRY DAVIS**
8001 Boundry Drive
Forestville, MD 20747

---

[1] Plaintiff has some ambiguous language in his Motion, i.e. that the case should be dismissed "with respect to those defendants who have answered this complaint." In fact, no defendant has answered the Complaint, but all Defendants have filed Motions to Dismiss. Given the clarity of the title of Plaintiff's Motion, the Court interprets it as a motion to dismiss the complaint in its entirety.